The ESTATE OF Janice D. PITRE, individually and on behalf of all fellow employees and past employees of the defendant who are similarly situated, Plaintiff,

v.

WESTERN ELECTRIC COMPANY, INC., Defendant.

Civ. A. No. 76–218–C2.

United States District Court, D. Kansas.

April 16, 1990.

Ronald J. Stites, Sandra Midkiff, Kansas City, Mo., Michael E. Callen, Kansas City, Kan., for plaintiff.

Spencer, Fane, Britt & Browne, Jack L. Whitacre, Stanley E. Craven, Kansas City, Mo., Lawrence Ferree, Overland Park, Kan., for defendant.

## MEMORANDUM AND ORDER

EARL E. O'CONNOR, Chief Judge.

Before the court in the above-captioned matter are plaintiff's proposed journal entry, defendant's objections thereto, and plaintiff's motion concerning attorney's fees.

By order dated July 10, 1989, 719 F.Supp. 966 ("the July 10 order") the court directed plaintiff to file and serve on defendant a proposed journal entry regarding distribution of the front pay award. Plaintiff has done so, and defendant objects to plaintiff's proposal, inasmuch as it provides for a continuation of front pay until women comprise fifty percent (50%) of each M–level and the section chief level. Defendant claims that the July 10 order should be construed as simply awarding a lump sum for front pay. Plaintiff has correctly interpreted the court's order, and so defendant's objection is overruled. Pursuant to a stipulation of the parties, however, the court hereby vacates that part of its July 10

order setting forth the distribution of back pay and adopts in lieu thereof the attached Table 10.

Front pay for which defendant is liable through June 30, 1989, shall be distributed in accordance with the attached Table 12. Defendant's liability for front pay shall continue until women comprise fifty percent (50%) of each M–level and the section chief level. On or before January 15 of each year, beginning in 1990, defendant shall report to the court and the plaintiff the distribution of males and females in each salary grade and section chief level for the previous year, the names of class members who remain employed, and the dates of separation of former members. Front pay as calculated in accordance with the formula set forth in the July 10 order, if owed, shall be paid to the class on or before January 31 of each year.

Postjudgment interest accumulating on the back pay amounts owed as of June 30, 1989, shall be distributed to all class members in the same manner as the back pay amounts contained in the attached Table 10. Postjudgment interest accumulating on the front pay amounts owed as of June 30, 1989, shall be distributed in the same manner as annual front pay amounts, set forth above.

In light of our disposition of defendant's objections to the proposed journal entry, plaintiff's motion concerning attorney's fees is moot and hereby denied. This order shall constitute the court's journal entry.

IT IS SO ORDERED.

*Table 10: Distribution of the Back Pay Award Among Class Members*

Table 10 indicates the length of service of each class member, and the amount of the member's back pay recovery based on her length of service. The total length of service of all class members is 9,838.5. The total back pay award, plus interest, is $289,362.14. Therefore, for each month's service, a class member receives $29.41. The difference between the sum of each member's share and the defendant's total liability is $111.76. That amount is divided per capita among the class members ($1.33 each).

| Name | Months of Service | Recovery |
| --- | --- | --- |
| J. Alonzo | 99.5 | $ 2,927.63 |
| B. Atkins | 13.0 | 383.66 |
| D. Belk | 49.0 | 1,442.42 |
| K. Bowdish | 165.0 | 4,853.98 |
| B. Bradley | 46.0 | 1,354.19 |
| D. Brannon | 145.0 | 4,265.78 |
| S. Brannon | 175.5 | 5,162.79 |
| K. Briggs | 13.5 | 398.37 |
| M. Brown | 291.0 | 8,559.64 |
| A. Calvin | 167.0 | 4,912,80 |
| J. Campbell | 13.5 | 398.37 |
| L. Campbell | 169.5 | 4,986.33 |
| P. Chase | 32.0 | 942.45 |
| H. Cipolla | 19.0 | 560.12 |
| K. Cook | 66.0 | 1.942.39 |
| D. DeGraeve | 113.0 | 3,324.66 |
| J. Deutman | 245.0 | 7,206.78 |
| B. Draskovic | 56.0 | 1,648.29 |
| J. Fanning | 250.0 | 7,353.83 |
| S. Fuller | 114.0 | 3,354.07 |
| J. Fuhrman | 11.0 | 324.84 |
| M. Garth | 71.0 | 2,089.44 |
| A. Gomez | 59.0 | 1,736.52 |
| B. Grecian | 75.0 | 2,107.08 |
| M. Groh | 218.5 | 6,427.42 |
| C. Grosdidier | 157.5 | 4,633.41 |
| P. Gulley | 110.0 | 3,236.43 |
| B. Hartsell | 179.0 | 5,265.72 |
| N. Herring | 19.0 | 560.12 |
| D. Hodge | 113.0 | 3,324.66 |
| G. Holland | 80.0 | 2,354.13 |
| H. Hood | 103.0 | 3,030.56 |
| J. Hotchkiss | 151.0 | 4,442.34 |
| I. Hueston | 291.0 | 8,559.64 |
| D. Johnson | 126.0 | 3,706.99 |
| M. Johnston | 28.0 | 824.81 |
| R. Johnston | 216.5 | 6,368.60 |
| P. Jones | 157.0 | 4,618.70 |
| J. Keck | 14.0 | 413.07 |
| S. Kilgore | 189.5 | 5,573.20 |
| C. King | 24.5 | 721.88 |
| B. Lacy | 13.0 | 383.66 |
| B. Larken | 26.0 | 765.99 |
| C. Martin | 77.5 | 2,280.61 |
| M. McCracken | 111.0 | 3,265.84 |
| I. Mendez | 75.0 | 2,207.08 |
| B. Miller | 206.5 | 6,074.50 |
| M. Miller | 262.5 | 7,721.46 |
| N. Monroe | 8.5 | 251.32 |
| G. Moore | 258.0 | 7,589.11 |
| B. O'Dell | 23.5 | 692.47 |
| A. Onka | 94.0 | 2,765.87 |
| R. Pendergrass | 21.0 | 618.94 |
| D. Pittman | 128.0 | 3,765.81 |
| D. Pitts | 62.0 | 1,824.75 |
| P. Pitts | 34.5 | 1,015.98 |
| S. Reed | 234.0 | 6,883.27 |
| B. Richardson | 20.0 | 589.53 |
| D. Rinker | 18.5 | 545.42 |
| S. Rogers | 358.0 | 10,530.11 |
| J. Rupp | 175.5 | 5,162.79 |
| J. Schooler | 79.0 | 2,324.72 |
| K. Shepherd | 216.0 | 6,353.89 |
| C. Smerchek | 212.0 | 6,236.25 |
| G. Smith | 193.0 | 5,677.46 |

| Name | Months of Service | Recovery |
|---|---|---|
| E. Somers | 215.0 | 6,324.48 |
| M. Spidell | 12.5 | 368.96 |
| L. Stanley | 265.0 | 7,794.98 |
| R. Stroth | 154.0 | 4,530.47 |
| D. Swope | 220.0 | 6,471.53 |
| D. Thorington | 159.0 | 4,677.52 |
| M. Tomlin | 24.0 | 707.17 |
| S. Tribble | 87.0 | 2,560.00 |
| E. Volner | 306.0 | 9,000.79 |
| C. Walsh | 122.0 | 3,589.35 |
| B. Warren | 19.5 | 574.88 |
| L. Welker | 20.5 | 604.23 |
| B. Wienke | 120.0 | 3,530.53 |
| W. Wilhoite | 189.0 | 5,559.82 |
| C. Williams | 135.0 | 3,971.68 |
| R. Williams | 26.0 | 765.99 |
| A. Wynne | 200.0 | 5,883.33 |
| D. Yates | 12.0 | 354.25 |
| P. Yurchak | 9.0 | 266.02 |

*Table 12: Distribution of the Front Pay Award Among Class Members*

Table 12 indicates the total amount of each member's front pay recovery based on her length of service. Defendant's liability for each year beginning in 1981 is divided among class members who remain employed for each such full year. The difference between the calculations of amounts distributed annually and the defendant's total liability of $651,148.93 is $95.10. That amount is divided per capita among the class members ($1.59 each).

| Name | Front Pay Amount |
|---|---|
| J. Alonzo | $12,011.70 |
| B. Atkins | 517.58 |
| K. Bowdish | 16,999.50 |
| D. Brannon | 14,182.22 |
| S. Brannon | 17,799.10 |
| K. Briggs | 525.92 |
| M. Brown | 7,895.37 |
| A. Calvin | 17,142.80 |
| J. Campbell | 941.23 |
| L. Campbell | 4,850.59 |
| H. Cipolla | 617.60 |
| J. Fanning | 4,468.37 |
| J. Fuhrman | 5,272.40 |
| B. Grecian | 10,146.00 |
| C. Grosdidier | 16,428.40 |
| P. Gulley | 12,811.25 |
| B. Hartsell | 18,065.60 |
| N. Herring | 5,881.60 |
| D. Hodge | 13,039.70 |
| H. Hood | 12,278.20 |
| J. Hotchkiss | 6,243.64 |
| I. Hueston | 26,594.40 |
| D. Johnson | 8,880.03 |
| M. Johnston | 1,304.59 |
| R. Johnston | 20,921.25 |
| P. Jones | 16,390.30 |
| J. Keck | 5,500.85 |
| S. Kilgore | 18,865.20 |
| B. Lacy | 1,497.82 |

| Name | Front Pay Amount |
|---|---|
| B. Larken | 6,414.65 |
| M. McCracken | 9,804.78 |
| I. Mendez | 10,146.00 |
| B. Miller | 20,159.75 |
| M. Miller | 24,434.15 |
| N. Monroe | 815.93 |
| G. Moore | 24,081.45 |
| B. O'Dell | 6,224.30 |
| A. Onka | 8,760.81 |
| R. Pendergrass | 6,033.90 |
| D. Pittman | 14,181.95 |
| S. Reed | 4,201.65 |
| B. Richardson | 5,957.75 |
| D. Rinker | 3,223.40 |
| S. Rogers | 9,574.39 |
| J. Rupp | 17,799.10 |
| K. Shepherd | 1,916.79 |
| C. Smerchek | 16,007.19 |
| G. Smith | 19,131.70 |
| E. Somers | 16,191.83 |
| M. Spidell | 207.39 |
| L. Stanley | 22,691.42 |
| R. Stroth | 16,161.85 |
| D. Swope | 21,187.75 |
| D. Thorington | 6,518.76 |
| E. Volner | 8,271.27 |
| C. Walsh | 5,246.33 |
| B. Warren | 5,919.70 |
| L. Welker | 3,328.64 |
| W. Wilhoite | 18,827.10 |
| A. Wynne | 19,664.75 |